[No. 27398-9-III.   Division Three.   November 10, 2009.]

DELBERT ELLIOTT, *Appellant*, v. CUSTOM APPLE PACKERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-2-00297-7, Evan E. Sperline, J., entered August 12, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.

[No. 27007-6-III.   Division Three.   November 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN KELLY CODER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-00170-4, Ruth E. Reukauf, J., entered April 2, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27656-2-III.   Division Three.   November 12, 2009.]

PATRICIA HAHN, *Individually and as Personal Representative*, *Appellant*, v. CHELAN-DOUGLAS BEHAVIORAL HEALTH CLINIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 08-2-00150-9, Lesley A. Allan, J., entered November 13, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 60769-3-I.   Division One.   November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY N. LINERUD, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 4, 2010. Substitute opinion filed. See 154 Wn. App. 1001.